UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING.INFO, TRANSECUTE (I) PVT LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM"<br><br>Defendants. | Civil Action<br>No. _____ |

## REQUEST FOR SHORT ORDER OF NOTICE

Plaintiff Dodora Unified Communications, Inc. ("Dodora") has submitted a Motion for a Preliminary Injunction along with its Verified Complaint in this matter. As set forth in Dodora's Verified Complaint and the papers accompanying its Motion for a Preliminary Injunction, due to the ongoing and substantial nature of the harm Dodora is suffering as a result of Defendants' collective refusal to return Plaintiff's assets, Dodora respectfully requests that this matter be brought before the Court for a hearing on a short order of notice on January 12, 2005 at 2:00 p.m. or as soon as otherwise practicable.

Respectfully submitted,

DODORA UNIFIED COMMUNICATIONS, INC.

By its attorneys,

/s/ Nicholas Carter

Nicholas B. Carter (BBO # 561147)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: January 5, 2005