United States District Court
District of Massachusetts

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING.INFO, TRANSECUTE (I) PVT LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM" <br><br> Defendants. | Civil Action No. 05-10016-NMG |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

**GORTON, J.**

After reviewing Plaintiff's Ex Parte Motion For A Temporary Restraining Order, and all accompanying papers, including the Verified Complaint, this Court finds the Motion to be well-taken, and it is hereby ORDERED that:

Defendants Direct Information Pvt. Ltd., LogicBoxes, webhosting.info, Transecute (I) Pvt Ltd., ResellerSRS, Inc., and Answerable, Inc., collectively doing business as "Directi.com" ("Defendants" or "Directi") are hereby prohibited from accessing, conveying, transferring, assigning, or encumbering the assets of Dodora, including, without limitation, (i) any and all fees and income that Directi has collected or received since June 2004

from present or former Dodora customers and (ii) the domain name assets and registrant database of Dodora, which Defendants took possession of in or after June 2004. This Order shall be in effect until such time as the Court decides Dodora's Motion for Preliminary Injunction, the hearing for which is set for Wednesday, January 12, 2005 at 3:30 p.m. in Courtroom 4 of the John J. Moakley United States Courthouse, Boston, Massachusetts. This Order was allowed at a hearing on January 5, 2005 at 4:00 p.m.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated January 5, 2005