UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DODORA UNIFIED COMMUNICATIONS, INC., )
)
Plaintiff, )
)
v. )   Civil Action No.
)   05-10016-NMG
DIRECT INFORMATION PVT. LTD., )
LOGICBOXES, WEBHOSTING. INFO., )
TRANSECUTE (I) PVT. LTD., )
RESELLERSRS, INC., AND )
ANSWERABLE, INC., COLLECTIVELY )
d/b/a "DIRECTI.COM" )
Defendants. )

## AFFIDAVIT OF Pool.com

1. I, Taryn Naidu, am employed by Pool.com as President. I make the following statements of my own belief, except as to those statements made based on my belief or understanding. With respect to the latter, I believe them to be true.

2. Directi partnered with Pool.com on behalf of Mr Michael Bernstein court Receiver appointed for Dodora to monetize the batch pool connections of Dodora

3. Under the agreement, Pool.com paid Directi, for the batch pool connections of Dodora, the following sums of money:

   17 Sep 04:   $15,345.69 USD

   14 Oct 04:   $ 9,383.53 USD

   17 Nov 04:   $10,167.84 USD

ID # 418150v01/5112-1/ 01.20.2005

Submitted by defendant
in open court 1/21/05

    23 Dec 04    $8,248.25 USD

    14 Jan 05    $3,115.64 USD

4. These payments were made to Directi upon receiving a letter from Mr Michael Bernstein instructing us to send all further payments to Directi.

Sworn to under the pains and penalties of perjury, this 13th day of January 2005.

[Signature]