UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                              )
DODORA UNIFIED COMMUNICATIONS,   )
INC.,                                                                       )
      Plaintiff,                                                  )
                                                                              )          Civil Action No.
      v.                                                                 )          05-10016-NMG
                                                                              )
DIRECT INFORMATION PVT. LTD.,               )
LOGICBOXES, WEBHOSTING. INFO.,            )
TRANSECUTE (I) PVT. LTD.,                           )
RESELLERSRS, INC., AND                              )
ANSWERABLE, INC., COLLECTIVELY         )
d/b/a "DIRECTI.COM"                                   )
      Defendants.                                              )
_____)

**CORRECTED ASSENTED-TO MOTION TO EXTEND TIME
FOR RESPONSIVE PLEADINGS**

      The defendant Direct Information, PVT. Ltd. requests, with the assent of the plaintiff, that it be allowed until and including February 8, 2005 to serve its responsive pleadings. The defendants ResellerSRS, Inc. and Transecute (I) PVT. Ltd., without waiving the defense of lack of personal jurisdiction, request they be allowed to file their responsive pleadings on February 8, 2004. The putative defendants Logicboxes and Webhosting Info. are not separate corporations and, accordingly, are not proper defendants. To the extent a pleading is necessary for them, however, they also request permission to serve and to file such a pleading on February 8, 2005.

      Respectfully submitted,

      DIRECT INFORMATION PVT. LTD.,
      TRANSECUTE (I) PVT. LTD. and
      RESELLERSRS, INC.

ID # 420200v01/14386-2/ 02.02.2005

By their attorneys,

s/Dustin F. Hecker

_____
Dustin F. Hecker, Esq., BBO# 549171
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
(617-973-6100)

ASSENTED TO AS TO REQUEST FOR EXTENSION:

DODORA UNIFIED COMMUNICATIONS, INC.

By its Attorneys,

s/Nicholas B. Carter

_____
Nicholas B. Carter, Esq.
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109

Dated: February  , 2005

### CERTIFICATE OF SERVICE

I, Dustin F. Hecker, hereby certify that on this   day of February, 2005, I caused a copy of the foregoing to be served by hand, to: Nicholas B. Carter, Esq., Todd & Weld, 28 State Street, Boston, Massachusetts 02109.

s/Dustin F. Hecker

_____
Dustin F. Hecker, Esq.