UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DODORA UNIFIED COMMUNICATIONS, INC.

Plaintiff,

v.

DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING.INFO, TRANSECUTE (I) PVT LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM"

Defendants.

Civil Action
No. 05-10016-NMG

## MOTION TO WITHDRAW AS COUNSEL

Nicholas B. Carter (BBO No. 561147) and Raymond P. Ausrotas (BBO No. 640315), Todd & Weld LLP, 28 State Street, Boston, Massachusetts 02109, respectfully move to withdraw as counsel to Plaintiff, Dodera Unified Communications, Inc. ("Dodora") in the above-captioned matter. As grounds for this motion to withdraw, the aforementioned counsel state that Dodera has engaged substitute counsel to represent its interests relating to this matter.

WHEREFORE, Nicholas B. Carter and Raymond P. Ausrotas of Todd & Weld LLP request that the Court allow this Motion to Withdraw as Counsel.

Respectfully submitted,
DODORA UNIFIED COMMUNICATIONS, INC.,
By its prior attorneys,

/s/ Nicholas B. Carter
Nicholas B. Carter (BBO # 561147)
Raymond P. Ausrotas (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: February 7, 2005

## CERTIFICATE OF SERVICE

I, Nicholas B. Carter, hereby certify that on February 7, 2005, I caused a copy of the foregoing Motion to Withdrew as Counsel to be served by first class mail upon counsel for defendant, Dustin F. Hecker, Esq., Posternak, Blankstein & Lund, LLP Prudential Tower, 33rd floor, 800 Boylston Street, Boston, MA 02199.

Dated: February 7, 2005                                                /s/ Nicholas B. Carter