UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DODORA UNIFIED COMMUNICATIONS, INC.

        Plaintiff,

  v.

DIRECT INFORMATION PVT. LTD., LOGICBOXES,
WEBHOSTING.INFO, TRANSECUTE (I) PVT LTD.,
RESELLERSRS, INC., AND ANSWERABLE, INC.,
COLLECTIVELY d/b/a "DIRECTI.COM"

        Defendants.

Civil Action
No. 05-10016-NMG

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that the undersigned is hereby appearing in the above

captioned matter on behalf of the plaintiff, Dodora Unified Communications, Inc.   All

pleadings, papers, orders and other documents intended for the plaintiff shall be served

on the undersigned.  Please note, however, that it is not necessary for documents

transmitted electronically by the Court's CM/ECF system to be serve in hard copy, also;

electronic service by the CM/ECF system is sufficient.

Respectfully submitted,


/s/      David G. Baker
David G. Baker, Esq.
105 Union Wharf
Boston, MA  02109
BBO # 634889
617-367-4260