UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                       )
DODORA UNIFIED COMMUNICATIONS,         )
INC.,                                  )
          Plaintiff,                   )
                                       )      Civil Action No.
     v.                                )      05-10016-NMG
                                       )
DIRECT INFORMATION PVT. LTD.,          )
LOGICBOXES, WEBHOSTING. INFO.,         )
TRANSECUTE (I) PVT. LTD.,              )
RESELLERSRS, INC., AND                 )
ANSWERABLE, INC., COLLECTIVELY         )
d/b/a "DIRECTI.COM"                    )
          Defendants.                  )
_____)

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the defendants Direct Information Pvt. Ltd., Transecute (I) Pvt. Ltd. and Resellersrs, Inc.

                    DIRECT INFORMATION PVT. LTD.,
                    TRANSECUTE (I) PVT. LTD., and
                    RESELLERSRS, INC.
                    By their attorney,

                    s/ Dustin F. Hecker
                    _____
                    Dustin F. Hecker, Esq., BBO No. 549171
                    POSTERNAK, BLANKSTEIN & LUND, LLP
                    The Prudential Tower
                    800 Boylston Street
                    Boston, MA  02199
                    (617) 973-6100

Dated:  February 11, 2005

ID # 421642v01/14386-2/ 02.11.2005

**CERTIFICATE OF SERVICE**

      I, Dustin F. Hecker, hereby certify that on this 11th day of February, 2005, I caused a copy of the foregoing to be served by mail to David G. Baker, 105 Union Wharf, Boston, MA 02109.

                                              s/ Dustin F. Hecker
                                              _____
                                              Dustin F. Hecker

ID # 421642v01/14386-2/ 02.11.2005