UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                              )
DODORA UNIFIED COMMUNICATIONS,  )
INC.,                                         )
       Plaintiff,                        )
                                              )        Civil Action No.
      v.                                    )        05-10016-NMG
                                              )
DIRECT INFORMATION PVT. LTD.,                 )
LOGICBOXES, WEBHOSTING. INFO.,                )
TRANSECUTE (I) PVT. LTD.,                     )
RESELLERSRS, INC., AND                        )
ANSWERABLE, INC., COLLECTIVELY                )
d/b/a "DIRECTI.COM"                           )
       Defendants.                       )
_____)

## DEFENDANT DIRECT INFORMATION PVT LTD.'S CORPORATE DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.3(B) of the United States District Court for the District of Massachusetts, Defendant Direct Information Pvt. Ltd. hereby states that Direct Information Pvt. Ltd. is a privately held corporation and does not have a corporate parent. The defendant Transecute (I) PVT. Ltd. is also a privately held company that does not have a corporate parent. Directi is the corporate parent of the defendant ResellerSRS, Inc.

                              DIRECT INFORMATION PVT. LTD.,
                              TRANSECUTE (I) PVT. LTD. AND
                              RESELLERSRS, INC.
                              By their attorneys,

                              s/Dustin F. Hecker

                              _____
                              Dustin F. Hecker, Esq., BBO# 549171
                              Nancy J. Puleo, Esq., BBO 648457
                              POSTERNAK BLANKSTEIN & LUND LLP

>The Prudential Tower
>800 Boylston Street
>Boston, MA  02199
>(617-973-6100)

Dated:  February 15, 2005

## CERTIFICATE OF SERVICE

     I, Dustin F. Hecker, hereby certify that on this 15th day of February, 2005, I caused a copy of the foregoing to be served by mail, to: David Baker, Esq., 105 Union Wharf, Boston, Massachusetts 02109.

>s/Dustin F. Hecker
>_____
>Dustin F. Hecker