UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING. INFO., TRANSECUTE (I) PVT. LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM"<br><br>    Defendants | Civil Action No. 05-10016-NMG |

PLAINTIFF'S MOTION TO MODIFY DISCOVERY DEADLINES

    NOW COMES plaintiff Dodora Unified Communications, Inc., by its attorney, and respectfully moves the Court to modify the discovery deadlines established by consent of the parties at the hearing held on January 21, 2005. In support of the motion, Dodora states that subsequent to that hearing, it determined that it would be appropriate for it to obtain new counsel. Prior counsel has filed a motion for leave to withdraw, which has not been allowed as yet, however new counsel (the undersigned) has filed his appearance. Because of new counsel's schedule of other matters as well as the need to prepare a response to certain of the defendants' motion to dismiss, he was unable to prepare and serve written discovery requests upon the defendants prior to today. A request for production of documents was served electronically today.

    The relief sought by this motion, therefore, is only that the written discovery request served today be deemed timely and that the response deadline be extended by two weeks from today, based on the original agreement. No other change in the schedule or the trial date is requested.

    Prior to filing this motion I conferred with counsel for the defendants and believe that he assents to the limited relief requested herein.

      WHEREFORE Dodora requests that the written discovery request served electronically upon the defendants today be deemed timely.

Dated:   March 9, 2005

                                      Dodora Unified Communications
                                      By its attorney,

                                      /s/   David G. Baker
                                      David G. Baker, Esq.
                                      105 Union Wharf
                                      Boston, MA   02109
                                      (617) 367-4260
                                      BBO# 634889

<u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that he served the within motion upon the defendants by emailing a copy of the same to <u>dhecker@PBL.COM</u>, and upon information and belief a copy was also served by the Court's CM/ECF system.

                                      /s/   David G. Baker
                                      David G. Baker, Esq.