UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.,<br>    Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING. INFO., TRANSECUTE (I) PVT. LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM"<br>    Defendants. | Civil Action No.<br>05-10016-NMG |

## ▊▊▊▊▊▊ AMENDED SCHEDULING ORDER

The Court orders the following amended scheduling order, at the request of the plaintiff, Dodora Unified Communications, Inc.

1. All discovery requests and all automatic disclosures will be served by no later than March 14, 2005.

2. All discovery responses will be served by no later than March 28, 2005.

3. All experts will be identified by no later than April 22, 2005 and all expert witness reports required under Fed. R. Civ. Pro. 26 will be served on that date as well.

4. All depositions will be completed by no later than April 29, 2005.

5. All expert depositions will be completed by no later than May 6, 2005.

6. All motions in limine will be served and witnesses and exhibit lists will be exchanged by no later than May 20, 2005.

7. All responses to motions in limine and all objections to witness lists or exhibits will be served no later than May 27, 2005 and joint proposed voir dire questions will be served on May 27.

8. A jury trial will commence on June 6, 2005.

So ordered:

_/s/ M. Gorton, USDJ  4/14/05_