# Michael S. Bernstein, P.C.

Attorney at Law, Receiver

1301 Northwest Highway, Suite 204 Garland, Texas 75041-5896 • (972) 271-2700 Office • (972) 271-1818 Fax

May 10, 2005

FILED
CLERKS OFFICE

2005 MAY 16  P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

Sarah A. Thornton, Clerk of Court
United States District Court District of Massachusetts
1 Courthouse Way, Suite 2300
Boston MA  02210
Cause No. 05-10016-NMG

RE:  *Dodora Unified Communications, Inc. v. Direct Information Pvt. Ltd., et al;* 05-10016-NMG in the United States District Court for the District of Massachusetts

Dear Ms. Thornton:

Please file the enclosed in the above referenced case.

Very truly yours,

Michael S. Bernstein, Receiver

# Michael S. Bernstein, P.C.

Attorney at Law, Receiver

1301 Northwest Highway, Suite 204 Garland, Texas 75041-5896 • (972) 271-2700 Office • (972) 271-1818 Fax

May 10, 2005

David G. Baker  
105 Union Warf  
Boston MA  02109-1281

via fax to 617 / 507-8411  
faxing this page  
and via certified mail #7004 1350 0002 0391 3859  
return receipt requested

RE: *Dodora Unified Communications, Inc. v. Direct Information Pvt. Ltd., et al;* 05-10016-NMG in the United States District Court for the District of Massachusetts

Dear Mr. Baker:

I have been subpoenaed by Mr. Hecker to give my deposition in *Dodora v. Direct Information, et al.* Per the subpoena and the Federal Rules, I am compelled to give testimony and produce the subpoenaed documents.

Portions of the settlement documents in Compana LLC v. Dodora Unified Communciations, Inc. might be construed as prohibiting my testimony.

It is my understanding that Dodora was served with its copy of the subpoena on or about April 21 and Dodora has made no objections. If Dodora is going to object to me giving testimony and producing my records from the receivership, please make the objection immediately, in writing, and bring your motion to quash. Unless Dodora brings a motion to quash, I am compelled to obey the subpoena. If I do not receive a written objection / motion to quash by May 12, 2005, Dodora will have waived any claim it might bring against me for giving my testimony and producing records under the subpoena.

Very truly yours,

Michael S. Bernstein, Receiver

c: Sarah A. Thornton, Clerk of Court  
United States District Court District of Massachusetts  
Cause No. 05-10016-NMG

c: Dustin Hecker, Esq., via fax to 617 / 367-2315