# Michael S. Bernstein, P.C.

Attorney at Law, Receiver

1301 Northwest Highway, Suite 204 Garland, Texas 75041-5896 • (972) 271-2700 Office • (972) 271-1818 Fax

May 12, 2005

FILED
IN CLERKS OFFICE

2005 MAY 16  P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

Sarah A. Thompson, Clerk of Court
United States District Court District of Massachusetts
1 Courthouse Way, Suite 2300
Boston MA  02210
Cause No. 05-10016-NMG

RE:    *Dodora Unified Communications, Inc. v. Direct Information Pvt. Ltd., et al;* 05-10016-
NMG in the United States District Court for the District of Massachusetts

Dear Ms. Thompson:

Please file the enclosed in the above referenced case.

Very truly yours,

Michael S. Bernstein, Receiver

## Michael S. Bernstein, P.C.

Attorney at Law, Receiver

1301 Northwest Highway Suite 204 Garland Texas 75041-5896 • (972) 271-2700 Office (972) 271-1818 Fax

CLERKS OFFICE

May 12, 2005

2005 MAY 16  P 3: 10

Dustin Hecker, Esq.
Posternak, Blankstein & Lund LLP
The Prudential Tower, Suite 800
Boylston Street
Boston MA 02109

via first class mail
and via fax to 617 / 367-2315
faxing two pages

RE:     Dodora v. Directi

Dear Mr. Hecker:

Attached and enclosed, via fax, is Mr. Baker's response to my letter. Unless you can obtain Dodora's waiver of the nondisclosure terms, I am unable to appear or provide documents.

I object to the subpoenas on the basis that I have signed a settlement agreement which contains nondisclosure terms as to the settlement agreement and as to the lawsuit.

Therefore, I will not be appearing for the deposition.

Very truly yours,

Mike Bernstein, Receiver

DAVID G. BAKER
ATTORNEY AT LAW
105 UNION WHARF
Boston, MA  02109

Tel: 617.367.4260            email: dbaker@bakerlawoffices.net              Fax: 617.507.8411
            Peter C. Lacy, Esq. – Of Counsel (Admitted in MA & NY)       FILED
                                                                    CLERKS OFFICE

May 11, 2005

Michael S. Bernstein, Esq.                         2005 MAY 16  P 3: 10
1301 Northwest Highway
Garland, TX  75041                                 U.S. DISTRICT COURT
                                                   DISTRICT OF MASS

Re:    Dodora v. Directi et al

Dear Mr. Bernstein:

I received your faxed letter dated yesterday.  I have given some thought to the question of
whether there would be any basis for my client to claim any privilege as to the information
sought by Directi in its subpoena.

Because you did not represent Dodora – indeed, your actions were (in Dodora's opinion)
contrary to its best interests and were wholly unauthorized by Dodora – I cannot think of any
basis for seeking to quash the subpoena, at least at this time.

Obviously I cannot give you legal advice.  I can say, however, that our failure to file a motion to
quash in no way absolves you of anything.  Any past, present or future action you took as regards
Dodora is open to review and, if appropriate, may be the subject of claims against you.  You
should govern yourself accordingly.

David G. Baker

David G. Baker

DGB/hs

Cc:    Ron Garraud