United States District Court
District of Massachusetts

|  |  |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT INFORMATION PVT. LTD. et al. <br><br> Defendants. | Civil Action No. 05-10016-NMG |

### ORDER

**GORTON, J.**

The Emergency Motion to Strike Efforts to Block Deposition and Production of Documents from Non-Party Witness, to Compel Testimony and the Production of Documents, and For Sanctions filed by the defendant, Direct Information Pvt. Ltd. ("Directi") (Docket No. 33) is **DENIED** insofar as it seeks to have this Court "strike efforts" of the plaintiff to block Mr. Bernstein's deposition and production of documents and for sanctions. The Court does not compel plaintiff to waive all potential claims against Mr. Bernstein or grant immunity to Mr. Bernstein from any liability that may arise from his testimony. Nor are sanctions warranted.

The motion is **ALLOWED**, however, insofar as it seeks to

compel Mr. Bernstein's testimony and production of documents. It is undisputed that subpoenas were properly served upon him, that no objections or motions to quash those subpoenas were timely filed and that there is no legitimate reason why Mr. Bernstein should not produce all relevant documentation or give his deposition under oath. Mr. Bernstein shall, therefore, appear at his deposition, before trial, and testify regarding (and produce documents related to) all subjects that are relevant to this case.

A final pretrial conference will be held in Courtroom #4, John Joseph Moakley U.S. Courthouse, on Wednesday, June 1, 2005, at 3:30 p.m.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: May 24, 2005