UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
_____
                                    )
DODORA UNIFIED COMMUNICATIONS,      )
INC.,                               )
          Plaintiff,                )
                                    )        Civil Action No.
     v.                             )        05-10016-NMG
                                    )
DIRECT INFORMATION PVT. LTD. and    )
ANSWERABLE, INC.,                   )
          Defendants.               )
_____)
```

**DEFENDANT, DIRECT INFORMATION PVT. LTD.'S
<u>PRELIMINARY WITNESS LIST</u>**

       The defendant, Direct Information Pvt. Ltd. ("Directi"), submits this list of potential witnesses.

1. Bhavin Turakhia

2. Ronald Garraud

3. Michael Bernstein (by deposition)

4. Corporate designee of Bravenet (by deposition).

                                                  Respectfully submitted,

                                                  DIRECT INFORMATION PVT. LTD.,

                                                  By its attorneys,

                                                  s/Dustin F. Hecker

                                                  _____
                                                  Dustin F. Hecker, Esq., BBO# 549171
                                                  Nancy J. Puleo, Esq., BBO 648457

>POSTERNAK BLANKSTEIN & LUND LLP
>The Prudential Tower
>800 Boylston Street
>Boston, MA  02199
>(617-973-6100)

Dated:  May 27, 2005

## CERTIFICATE OF SERVICE

    I, Dustin F. Hecker, hereby certify that on this 27th day of May, 2005, I caused a copy of the foregoing to be served by electronic mail, to: David Baker, Esq., 105 Union Wharf, Boston, Massachusetts 02109.

>s/Dustin F. Hecker
>_____
>Dustin F. Hecker