UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br>Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., et al<br>Defendants. | Civil Action<br>No. 05-10016-NMG |

PLAINTIFF'S PROPOSED ADDITIONAL VOIR DIRE

The plaintiff respectfully suggests the following additional questions to be asked of prospective jurors.

1. Do you work for an internet service provider or any company which provides internet related services?

2. Have you ever purchased an internet domain name? If so, from whom?

3. Do you do business with or work for a company with any ties to Texas or India?

4. Are familiar with the following names: ICANN, Verisign or Pool.com?

June 3, 2005

    Respectfully submitted,
    DODORA UNIFIED COMMUNCATIONS, INC.
    By its attorney;

    /s/    *David G. Baker*
    David G. Baker, Esq.
    105 Union Wharf
    Boston, MA 02109
    BBO # 634889
    617-367-4260

Certificate of Service

The undersigned hereby states upon information and belief that the within Proposed Voir Dire was served upon counsel for Direct Information by the Court's CM/ECF system, and I certify that a copy also was served by Email to counsel for the defendant at dhecker@PBL.COM.

    /s/    *David G. Baker*
    David G. Baker, Esq.