UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                        )
DODORA UNIFIED COMMUNICATIONS,          )
INC.,                                   )
      Plaintiff,                        )
                                        )       Civil Action No.
v.                                      )       05-10016-NMG
                                        )
DIRECT INFORMATION PVT. LTD. and        )
ANSWERABLE, INC.,                       )
      Defendants.                       )
_____)

**DEFENDANT'S PROPOSED VERDICT FORM**

**A.   CONVERSION**

    1.    Do you find that the plaintiff, Dodora Unified Communications, Inc. ("Dodora"), has proved by a preponderance of the evidence that it had a right to immediate possession of the domain names Directi managed and or what Directi was paid during the receivership?

    _____                      _____

            yes                                                                no

If yes, move to Question No. 2.

If no, move to Part B.

    2.    Do you find that Dodora has proved by a preponderance of the evidence that Direct asserted title to or a right of dominion over any such property of Dodora, without a lawful reason to do so?

    _____                      _____

            yes                                                                no

ID # 433453v01/14386-2/ 06.03.2005

If yes, move to question No. 3.

If no, move to part B.

    3.    Do you find that Dodora has proved by a preponderance of the evidence, that it was damaged and that Directi's acts of conversion were the proximate cause of the damage?

    _____    _____

    yes    no

If yes, move to Part B.

If no, move to Part B.

**B.**    **MONEY HAD AND RECEIVED**

    1.    Do you find that Dodora has proved by a preponderance of the evidence that Direct obtained and retained money belonging to Dodora?

    _____    _____

    yes    no

If yes, move to question No. 2.

If no, move to Part C.

    2.    Do you find that Dodora has proved by a preponderance of the evidence the amount of any money obtained and retained by Directi?

    _____    _____

    yes    no

ID # 433453v01/14386-2/ 06.03.2005

If yes, move to Part C.

If no, move to Part C.

C.      **INTERFERANCE WITH ADVANTAGEOUS RELATIONS**

1.      Do you find that Dodora has proved, by a preponderance of the evidence, each of the following elements of its claim of interference with advantageous relations:

(a)     that Directi had knowledge of the relationships at issue;

(b)     that Directi acted intentionally and willfully to interfere with those relationships;

(c)     that Directi acted in a way calculated to cause damage to Dodora's business; and

(d)     that Directi acted with an improper purpose, by using improper means, or with an improper motive and without right or justifiable cause to so act.

_____        _____

            yes                                             no

If yes, move to question No. 2.

If no, move to Part D.

2.      Do you find that Dodora has proved by a preponderance of the evidence that it was damaged and Directi's interference was the proximate cause of the damage?

_____        _____

            yes                                             no

If yes, move to Part D.

If no, move to Part D.

D.      **DAMAGES**

3

ID # 433453v01/14386-2/ 06.03.2005

To be answered only if you answered yes to question A.3, B.2, and/or C.2.

State the amount of damages you find that Dodora has proved that Directi caused it.

_____

ID # 433453v01/14386-2/ 06.03.2005

Respectfully submitted,

DIRECT INFORMATION PVT. LTD.,

By its attorneys,

s/Dustin F. Hecker

_____
Dustin F. Hecker, Esq., BBO# 549171
Nancy J. Puleo, Esq., BBO 648457
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA  02199
(617-973-6100)

Dated:  June 3, 2005

**CERTIFICATE OF SERVICE**

    I, Dustin F. Hecker, hereby certify that on this 3rd day of June, 2005, I caused a copy of the foregoing to be served under the Court's CM/ECF system and by electronic mail, to: David Baker, Esq., 105 Union Wharf, Boston, Massachusetts 02109.

s/Dustin F. Hecker

_____
Dustin F. Hecker

ID # 433453v01/14386-2/ 06.03.2005