UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br><br>                                        Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., et al"<br><br>                                        Defendants. | Civil Action<br>No. 05-10016-NMG |

PLAINTIFF'S MOTION FOR RECONSIDERATION

NOW COMES Dodora Unified Communications, Inc., (hereinafter "Dodora") and respectfully moves the Court for reconsideration of the order allowing the motion in limine of the defendant concerning certain contract issues, and for reasons states that the Order indicates that the allowance was based on the plaintiff having failed to oppose the motion prior to May 27, the original deadline set by the court.  However, at the final pre-trial conference held on June 1, the Court granted an extension of time to file an opposition, and the plaintiff in fact filed an opposition prior to the extended deadline.  In such circumstances, it would be unfair and inequitable for the Court to refuse to consider an objection that was filed within the extended time.

In addition, Dodora submits that the opposition is meritorious and that for the reasons given in the opposition, the order of the Texas court did, in fact, expressly omit approval of the contracts executed by the receiver.

WHEREFORE Dodora respectfully requests that the Court reconsider the Order allowing the defendant's motion on certain contract issues and deny said motion.

June 3, 2005                                       Respectfully submitted,
                                                   DODORA UNIFIED COMMUNCATIONS, INC.
                                                   By its attorney;


                                                   /s/     David G. Baker
                                                   David G. Baker, Esq.
                                                   105 Union Wharf
                                                   Boston, MA  02109
                                                   BBO # 634889
                                                   617-367-4260

                                        Certificate of Service
The undersigned hereby states upon information and belief that the within Objection was served upon counsel for Direct Information by the Court's CM/ECF system.


                                                   /s/     David G. Baker
                                                   David G. Baker, Esq.