UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DODORA UNIFIED COMMUNICATIONS, INC.

                                              Plaintiff,

v.

DIRECT INFORMATION PVT. LTD., et al

                                              Defendants.

Civil Action
No. 05-10016-NMG

## **PLAINTIFF'S PROPOSED JURY VERDICT FORM**

The Conversion Claim

1.      Do you find that Dodora has proven that Direct it intentionally <u>or</u> wrongfully exercised dominion or control over Dodora's property?

(Circle one)              YES              NO

The Money Had and Received Claim

2.      Do you find that Dodora has proven that Directi received money that should have been paid to Dodora?

(Circle one)              YES              NO

The Interference with Advantageous Business Relations Claim

3.      Do you find that Dodora has proven that Directi interfered with Dodora's business relationships with existing or propsective customers or clients?

Damages

4.  If you answered YES to any of these questions, state the sum of money which you believe will properly and adequately compensate Dodora for its damages:

_____

June 5, 2005

    Respectfully submitted,
    DODORA UNIFIED COMMUNCATIONS, INC.
    By its attorney;

    /s/   *David G. Baker*
    David G. Baker, Esq.
    105 Union Wharf
    Boston, MA  02109
    BBO # 634889
    617-367-4260

    Certificate of Service

The undersigned hereby states upon information and belief that the within Proposed Jury Instructions was served upon counsel for Direct Information by the Court's CM/ECF system, and I certify that a copy also was served by Email to counsel for the defendant at dhecker@PBL.COM.

    /s/   *David G. Baker*
    David G. Baker, Esq.