AO 187A (REV. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

DODORA UNIFIED vs. Direct Information   CASE NO. CA 05-10016-NMG

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 6/6/05 | ✓ | ✓ | Reg. reseller Agreement |
| 31 | | 6/6/05 | ✓ | ✓ | Registrar reseller agreement – redacted – Compana |
| 32 | | 6/6/05 | ✓ | ✓ | records income and expense |
| | 3 | 6/7/05 | ✓ | ✓ | 1/20/04 Pool.com Registrar |
| | 4 | 6/7/05 | ✓ | ✓ | 1/28/04 Bernstein to TCorp |
| | 5 | 6/7/05 | ✓ | ✓ | 2/2/04 " " to Garraud |
| | 6 | 6/7/05 | ✓ | ✓ | 3/19/04 " " to Verisign |
| | 7 | " | ✓ | ✓ | 5/25/04 email to Whitehead for Garraud |
| | 8 | " | ✓ | ✓ | 6/1/04 Newman/Newm to Vavonese |
| | 9 | " | ✓ | ✓ | Dodora's motion for TRO from Texas |
| | 2 | " | ✓ | ✓ | docket sheet Texas case |
| | 10 | " | ✓ | ✓ | DirectI - Dodora BPTEN pool Agreements |
| | 14 | " | ✓ | ✓ | email Garraud to Turakhia 8/24/04 |
| | 12 | " | ✓ | ✓ | Aff. Ronald Garraud |
| | 15 | " | ✓ | ✓ | App. for TRO 10/25/04 w/ Aff |
| | 16 | " | ✓ | ✓ | 12/7/04 email Turakhia to Garraud |
| | 22 | " | ✓ | ✓ | 12/14/04 Garraud to Turakhia email |
| | 7 | 6/8/05 | ✓ | ✓ | 12/13/04 Agreement closing receivership |
| | 19 | " | ✓ | ✓ | email chain Turakhia to msbpd |
| | 21 | " | ✓ | ✓ | letter to Bhavin from Bernstein 12/14/04 |
| | 25 | " | ✓ | | Spreadsheet |

Page ___ of ___ Pages