CIVIL/CRIMINAL CASE NO: 05 - 10016

TITLE: Dedera Unified    VS.    Direct Information

## JURY PANEL

01. Donald Quinn
02. Edward Johnson
03. Timothy Stauss
04. Anthony Sanders
05. Feza Duchinne
06. John Montanari
07. Manny Mota
08. Sharon Amendola
09. Amy Campbell
10. William Wilson
11. 
12. 

ALT. #1
ALT. #2
ALT. #3
ALT. #4

## WITNESSES

**PLAINTIFF/GOVT.**

01. Donald Girard
02. 
03. 

**DEFENDANT**

01. Michael Bernstein (by dep.)
02. Jarros Taylor (by dep.)
03. Bhavin Turakhai
04. 

(Jury& Witness List.wpd - 12/98)