United States District Court
District of Massachusetts

```
_____
                               )
DODORA UNIFIED COMMUNICATIONS, )
INC.,                          )
                               )
          Plaintiff,           )   Civil Action No.
                               )   05-10016-NMG
     v.                        )
                               )
DIRECT INFORMATION PVT. LTD.,  )
                               )
          Defendant.           )
_____)
```

**Verdict Form**

1. Did Dodora Unified Communications, Inc. ("Dodora") prove each element of its claim against Direct Information Pvt. Ltd. ("Directi") for conversion?

    Yes _____   No ___✓___

2. Did Dodora prove each element of its claim against Directi for money had and received?

    Yes _____   No ___✓___

3. Did Dodora prove each element of its claim against Directi for interference with advantageous business relations?

    Yes _____   No ___✓___

**[If you answer Questions 1, 2 and/or 3 "Yes", proceed to Question 4. If you answer Questions 1, 2 and 3 "No", your deliberations are complete.]**

4. What amount of money, if any, do you award to Dodora as damages?

    _____N/A_____ (words)

    $ ___N/A___ (numbers)

YOUR DELIBERATIONS ARE COMPLETE. THE FOREMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: 6-8-05    Jury Foreman: Donald R. [signature]