UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING.INFO, TRANSECUTE (I) PVT LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM"<br><br>Defendants. | Civil Action<br>No. 05-10016-NMG |

NOTICE OF APPEAL

Doroda Unified Communications, Inc., hereby appeals to the First Circuit Court of Appeals from the order of June 3, 2005, allowing the motion in liminie of defendant Direct Information Pvt. Ltd. concerning certain contract issues (docket no. 39), and from the order of June 6, 2005, denying the plaintiff's motion for reconsideration.

Respectfully submitted,
Dodora Unified Communications,
By its attorney,


/s/     David G. Baker
David G. Baker, Esq.
105 Union Wharf
Boston, MA  02109
BBO # 634889
617-367-4260