UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10016

Dodora Unified Communications, Inc.,

v.

Direct Information PVT. LTD,. et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/8/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 15, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/15/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10016-NMG

| | |
|---|---|
| Dodora Unified Communications, Inc. v. Direct Information PVT. LTD. et al<br>Assigned to: Judge Nathaniel M. Gorton<br>Cause: 28:1332 Diversity-Conversion | Date Filed: 01/05/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 380 Personal Property: Other<br>Jurisdiction: Diversity |

**Plaintiff**

**Dodora Unified Communications, Inc.** represented by **David G. Baker**
105 Union Wharf
Boston, MA 02109
617-367-4260
Fax: 617-507-8411
Email: dbaker@bakerlawoffices.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas B Carter**
Todd and Weld
31st Floor
28 State Street
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: ncarter@toddweld.com
*TERMINATED: 05/10/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

**Raymond P. Ausrotas**
Todd & Weld
28 State Street
31st Floor
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: rausrotas@toddweld.com
*TERMINATED: 05/10/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Direct Information PVT. LTD.**

represented by **Dustin F. Hecker**
Posternak, Blankstein & Lund

Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617-973-6100
Fax: 617-722-4927
Email: dhecker@pbl.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Logicboxes**
*TERMINATED: 05/16/2005*

**Defendant**

**Webhosting.Info**
*TERMINATED: 05/16/2005*

**Defendant**

**Transecute (I) PVT LTD**             represented by **Dustin F. Hecker**
*TERMINATED: 05/16/2005*                              (See above for address)
                                                      *ATTORNEY TO BE
                                                      NOTICED*

**Defendant**

**Resellers, Inc.**                    represented by **Dustin F. Hecker**
*TERMINATED: 05/16/2005*                              (See above for address)
                                                      *ATTORNEY TO BE
                                                      NOTICED*

**Defendant**

**Answerable, Inc.**                   represented by **Dustin F. Hecker**
*collectively d/b/a*                                  (See above for address)
*"DirectI.com"*                                       *ATTORNEY TO BE
                                                      NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | 1 | COMPLAINT against Answerable, Inc., Direct Information PVT. LTD., Logicboxes, Webhosting.Info, Transecute (I) PVT LTD, Resellers, Inc. Filing fee: $ 150, filed by Dodora Unified Communications, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet)(Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 |  | Summons Issued as to Answerable, Inc., Direct Information PVT. LTD., Logicboxes, Webhosting.Info, Transecute (I) PVT LTD, Resellers, |

| | | |
|---|---|---|
| | | Inc. (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | 2 | MOTION for Short Order of Notice by Dodora Unified Communications, Inc.(Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | 3 | MOTION for Temporary Restraining Order by Dodora Unified Communications, Inc.(Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | 4 | MOTION for Preliminary Injunction by Dodora Unified Communications, Inc.(Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | 5 | MEMORANDUM in Support re 4 MOTION for Preliminary Injunction filed by Dodora Unified Communications, Inc. (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | 6 | CERTIFICATE OF Counsel in Support re [3] MOTION for Temporary Restraining Order by Dodora Unified Communications, Inc.. (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | 7 | Judge Nathaniel M. Gorton : ORDER entered granting [3] Motion for TRO (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | | NOTICE of Hearing on Motion 4 MOTION for Preliminary Injunction: Motion Hearing set for 1/12/2005 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/06/2005) |
| 01/05/2005 | | Summons Issued as to Answerable, Inc., Direct Information PVT. LTD., Logicboxes, Webhosting.Info, Transecute (I) PVT LTD, Resellers, Inc.. (Nicewicz, Craig) (Entered: 01/06/2005) |
| 01/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Plainitff appears ex parte on Motion for TRO 4, protective order re: maintaining |

| | | |
|---|---|---|
| | | status quo to issue. Motion Hearing held on 1/5/2005 re 2 MOTION filed by Dodora Unified Communications, Inc.,, Motions terminated: 2 MOTION filed by Dodora Unified Communications, Inc., Hearing set for 1/12/05 at 3:30 p.m. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/07/2005) |
| 01/10/2005 | | Filing fee: $ 150, receipt number 61215 regarding Fee for Complaint (Barrette, Mark) (Entered: 01/10/2005) |
| 01/11/2005 | | NOTICE of Hearing on Motion 4 MOTION for Preliminary Injunction: Motion Hearing reset for 1/21/2005 10:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. The TRO remains until that date.(Nicewicz, Craig) (Entered: 01/11/2005) |
| 01/20/2005 | 8 | MEMORANDUM in Opposition re 4 MOTION for Preliminary Injunction filed by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 01/20/2005) |
| 01/20/2005 | 9 | AFFIDAVIT of Bhavin Turakhia by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 01/20/2005) |
| 01/21/2005 | 10 | REPLY to Response to Motion re 4 MOTION for Preliminary Injunction filed by Dodora Unified Communications, Inc.. (Carter, Nicholas) (Entered: 01/21/2005) |
| 01/21/2005 | 11 | AFFIDAVIT of Ron Garraud in Opposition re 4 MOTION for Preliminary Injunction filed by Dodora Unified Communications, Inc.. (Attachments: # 1 Exhibit A (pgs 1-17)# 2 Exhibit a (pgs 18-33) cont'd# 3 Exhibit b -f# 4 Exhibit g - j)(Carter, Nicholas) (Entered: 01/21/2005) |
| 01/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Motion Hearing held on 1/21/2005 re 4 MOTION for Preliminary Injunction filed by Dodora Unified Communications, Inc.,. Court |

| | | |
|---|---|---|
| | | hears argument on preliminary injunction, has colloquy with parties re: nature of this case. Court will take matter under advisement. All discovery completed 4/1/05, written discovery served 2/14/05, responses by 2/28/05. All depositions end of March 2004. Designation of experts 3/25/05. Expert depositions 4/15/05. Motions in limine 4/18/05, responses 4/25/05. Joint proposed, voir dir 4/25/05, witness/exhibit list 4/18/05, objections 4/25/05. Jury trial to commence 5/2/05 (Court Reporter Dahlstrom.) (Nicewicz, Craig) Modified on 1/21/2005 (Nicewicz, Craig). (Entered: 01/21/2005) |
| 01/21/2005 | | Set Deadlines/Hearings: Jury Trial set for 5/2/2005 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/21/2005) |
| 01/21/2005 | 12 | AFFIDAVIT of Pool.com by Direct Information PVT. LTD.. (Barrette, Mark) (Entered: 01/21/2005) |
| 02/01/2005 | 13 | MOTION for Extension of Time to 2/8/05 to to serve its responsive pleadings by Dodora Unified Communications, Inc., Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 02/01/2005) |
| 02/02/2005 | 14 | Amended MOTION for Extension of Time to 2/8/05 to File Response/Reply by Dodora Unified Communications, Inc., Direct Information PVT. LTD., Transecute (I) PVT LTD, Resellers, Inc..(Hecker, Dustin) (Entered: 02/02/2005) |
| 02/02/2005 | 15 | STATEMENT of facts *concerning efforts to agree on order re. preliminary injunction.* (Hecker, Dustin) (Entered: 02/02/2005) |
| 02/02/2005 | 16 | STATEMENT of facts *concerning efforts to agree on order re. preliminary injunction.* (Hecker, Dustin) (Entered: 02/02/2005) |
| 02/03/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 14 Motion for Extension of Time to |

| | | |
|---|---|---|
| | | 2/8/05 to File Responsive Pleadings (Barrette, Mark) (Entered: 02/03/2005) |
| 02/03/2005 | | Motions terminated: 13 MOTION for Extension of Time to 2/8/05 to to serve its responsive pleadings filed by Dodora Unified Communications, Inc., Direct Information PVT. LTD. (Barrette, Mark) (Entered: 02/03/2005) |
| 02/03/2005 | 17 | Judge Nathaniel M. Gorton : ORDER entered Memorandum & Order granting in part and denying in part 4 Motion for Preliminary Injunction (Barrette, Mark) (Entered: 02/03/2005) |
| 02/07/2005 | 18 | MOTION to Withdraw as Attorney by Dodora Unified Communications, Inc..(Carter, Nicholas) (Entered: 02/07/2005) |
| 02/07/2005 | 19 | NOTICE of Appearance by David G. Baker on behalf of Dodora Unified Communications, Inc. (Baker, David) (Entered: 02/07/2005) |
| 02/08/2005 | 20 | Assented to MOTION for Extension of Time to 2/11/05 to File Response/Reply by Dodora Unified Communications, Inc., Direct Information PVT. LTD., Transecute (I) PVT LTD, Resellers, Inc..(Hecker, Dustin) (Entered: 02/08/2005) |
| 02/11/2005 | 21 | MOTION to Dismiss for Lack of Jurisdiction *and for failure to state a claim* by Direct Information PVT. LTD., Transecute (I) PVT LTD, Resellers, Inc.. (Hecker, Dustin) (Entered: 02/11/2005) |
| 02/11/2005 | 22 | MEMORANDUM in Support re 21 MOTION to Dismiss for Lack of Jurisdiction *and for failure to state a claim* filed by Direct Information PVT. LTD., Transecute (I) PVT LTD, Resellers, Inc.. (Hecker, Dustin) (Entered: 02/11/2005) |
| 02/11/2005 | 23 | ANSWER to Complaint by Direct Information PVT. LTD..(Hecker, Dustin) (Entered: 02/11/2005) |

| | | |
|---|---|---|
| 02/11/2005 | 24 | NOTICE of Appearance by Dustin F. Hecker on behalf of Direct Information PVT. LTD., Transecute (I) PVT LTD, Resellers, Inc. (Hecker, Dustin) (Entered: 02/11/2005) |
| 02/11/2005 | 25 | AFFIDAVIT in Support *of Motion to Dismiss*. (Hecker, Dustin) (Entered: 02/11/2005) |
| 02/14/2005 | 26 | Document disclosure by Direct Information PVT. LTD..(Hecker, Dustin) (Entered: 02/14/2005) |
| 02/15/2005 | 28 | CORPORATE DISCLOSURE STATEMENT by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 02/15/2005) |
| 03/01/2005 | 29 | Opposition re 21 MOTION to Dismiss for Lack of Jurisdiction *and for failure to state a claim* filed by Dodora Unified Communications, Inc.. (Attachments: # 1 Exhibit Internet receipt)(Baker, David) (Entered: 03/01/2005) |
| 03/09/2005 | 30 | MOTION to Modify Discovery Deadline, *with certificate of service,* by Dodora Unified Communications, Inc..(Baker, David) (Entered: 03/09/2005) |
| 03/10/2005 | 31 | STATEMENT of facts *Concerning Proposed Extension of Deadlines for Discovery and for Trial.* (Attachments: # 1 Text of Proposed Order [Proposed] Amended Scheduling Order)(Hecker, Dustin) (Entered: 03/10/2005) |
| 03/11/2005 | | Electronic notice of correction to docket made by Court staff. Attorney David Baker modified to receive e-mail notices. (Hurley, Virginia) (Entered: 03/11/2005) |
| 04/01/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 30 Motion for Modification, granting 18 Motion to Withdraw as Attorney., granting 20 Motion for Extension of Time to File Response/Reply |

| | | |
|---|---|---|
| | | (Nicewicz, Craig) (Entered: 04/01/2005) |
| 04/14/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered. re 31 Statement of facts. Treated as a motion to amend the scheduling order and to postpone the trial and motion allowed; trial will commence on Mon., June 6, 2005 at 9:00 a.m.(Nicewicz, Craig) (Entered: 04/14/2005) |
| 04/14/2005 | | Set Deadlines/Hearings: Jury Trial set for 6/6/2005 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 04/14/2005) |
| 04/14/2005 | 32 | Judge Nathaniel M. Gorton : ORDER entered. SCHEDULING ORDER: Motions in Limine will be served and witnesses and exhibit lists will be exchanged by no later than May 20, 2005; All depositions will be completed by April 29, 2005 All expert depositions will be completed by no later than May 6, 2005; All responses to motions in limine and all objections to witness lists or exhibits will be served no later than May 27, 2005 and joint proposed voir dire questions will be served on May 27, 2005; A jury trial will commence on 6/6/05.(Boyce, Kathy) (Entered: 04/19/2005) |
| 05/16/2005 | 33 | MOTION to Strike *Efforts to Block Deposition and Production of Documents From Non-Party Witness* by Direct Information PVT. LTD.. (Attachments: # 1 # 2)(Hecker, Dustin) (Entered: 05/16/2005) |
| 05/16/2005 | 34 | Opposition re 33 MOTION to Strike *Efforts to Block Deposition and Production of Documents From Non-Party Witness (with certificate of service)* filed by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 05/16/2005) |
| 05/16/2005 | 35 | Judge Nathaniel M. Gorton : Memorandum and Order entered granting 21 Motion to Dismiss for Lack of Jurisdiction (Elefther, Elizabeth) (Entered: |

| | | 05/17/2005) |
|---|---|---|
| 05/16/2005 | 37 | Letter from Michael S Bernstein to David Baker. (Elefther, Elizabeth) (Entered: 05/19/2005) |
| 05/16/2005 | 38 | Letter from Michael Bernstein to Dustin Hecker, Esq and letter response from David Becker to Michael Bernstein. (Elefther, Elizabeth) (Entered: 05/19/2005) |
| 05/17/2005 | 36 | REPLY to Response to Motion re 33 MOTION to Strike *Efforts to Block Deposition and Production of Documents From Non-Party Witness* filed by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 05/17/2005) |
| 05/20/2005 | 39 | MOTION in Limine *Concerning Certain Contract Issues* by Direct Information PVT. LTD.. (Attachments: # 1)(Hecker, Dustin) (Entered: 05/20/2005) |
| 05/20/2005 | 40 | Exhibit/Witness List *Preliminary Proposed* by Direct Information PVT. LTD... (Hecker, Dustin) (Entered: 05/20/2005) |
| 05/20/2005 | 41 | MOTION in Limine *Regarding Damages Testimony* by Direct Information PVT. LTD.. (Attachments: # 1) (Hecker, Dustin) (Entered: 05/20/2005) |
| 05/24/2005 | 42 | Judge Nathaniel M. Gorton : ORDER entered granting in part and denying in part 33 Motion to Strike (Elefther, Elizabeth) (Entered: 05/24/2005) |
| 05/24/2005 |  | Set/Reset Hearings: Final Pretrial Conference set for 6/1/2005 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Elefther, Elizabeth) (Entered: 05/24/2005) |
| 05/27/2005 | 43 | Witness List by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 05/27/2005) |
| 05/27/2005 | 44 | Exhibit/Witness List *Amended Preliminary Proposed* by Direct Information PVT. LTD... (Hecker, Dustin) |

| | | |
|---|---|---|
| | | (Entered: 05/27/2005) |
| 06/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Final Pretrial Conference held on 6/1/2005. Plaintiff has not filed any of necessary pretrial filings. Plaintiff has until 5 p.m. Thursday 6/2/05 to file witness and exhibit lists and responses to motions in limine. Any proposed voir dir by noon on Friday 6/3/05, jury instructions by Monday, 6/6/05. Court will not tolerate any further late filings. Case should be tried in 2 days. Empanelment and trial to begin 6/6/05. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 06/01/2005) |
| 06/02/2005 | 45 | Opposition re 39 MOTION in Limine *Concerning Certain Contract Issues* filed by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 06/02/2005) |
| 06/02/2005 | 46 | Opposition re 41 MOTION in Limine *Regarding Damages Testimony* filed by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 06/02/2005) |
| 06/02/2005 | 47 | Exhibit/Witness List by Dodora Unified Communications, Inc... (Baker, David) (Entered: 06/02/2005) |
| 06/03/2005 | 48 | Proposed Voir Dire by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 06/03/2005) |
| 06/03/2005 | 49 | Judge Nathaniel M. Gorton : ORDER entered granting 39 Motion in Limine, denying 41 Motion in Limine (Elefther, Elizabeth) (Entered: 06/03/2005) |
| 06/03/2005 | 50 | Exhibit/Witness List *Defendant's Objections* by Direct Information PVT. LTD... (Hecker, Dustin) (Entered: 06/03/2005) |

| | | |
|---|---|---|
| 06/03/2005 | 51 | Proposed Jury Verdict by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 06/03/2005) |
| 06/03/2005 | 52 | Proposed Document(s) submitted by Direct Information PVT. LTD.. Document received: Defs. Proposed Agreed Statement to Read to Jury. (Hecker, Dustin) (Entered: 06/03/2005) |
| 06/03/2005 | 53 | MOTION for Reconsideration re 49 Order on Motion in Limine, by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 06/03/2005) |
| 06/05/2005 | 54 | Opposition re 53 MOTION for Reconsideration re 49 Order on Motion in Limine, *re Certain Contract Issues* filed by Direct Information PVT. LTD.. (Attachments: # 1 Exhibit)(Hecker, Dustin) (Entered: 06/05/2005) |
| 06/05/2005 | 55 | Proposed Jury Instructions by Direct Information PVT. LTD.. (Hecker, Dustin) (Entered: 06/05/2005) |
| 06/05/2005 | 56 | Proposed Jury Instructions by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 06/05/2005) |
| 06/05/2005 | 57 | Proposed Jury Verdict by Dodora Unified Communications, Inc.. (Baker, David) (Entered: 06/05/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Panel of 30 jurors. Voir Dire held on 6/6/2005 Jury Selection held on 6/6/2005, jury of 10 selected and SWORN at 12:35 p.m., Jury Trial DAY 1 held on 6/6/2005, openings, lunch break, plaintiff calls Ron Garraud. Motions terminated: Denying 53 MOTION for Reconsideration re 49 Order on Motion in Limine, filed by Dodora Unified Communications, Inc.,. (Nicewicz, Craig) (Entered: 06/07/2005) |
| 06/07/2005 | | Electronic Clerk's Notes for proceedings held before |

|  |  | Judge Nathaniel M. Gorton : Jury Trial held DAY 2 on 6/7/2005. Testimony of Girraurd. Plaintiff rests. Deposition transcript testimony of 2 witnesses Bernstein and Bravenet. (Nicewicz, Craig) (Entered: 06/08/2005) |
|---|---|---|
| 06/07/2005 | 58 | MOTION for Directed Verdict by Answerable, Inc., Direct Information PVT. LTD..(Elefther, Elizabeth) (Entered: 06/08/2005) |
| 06/07/2005 | 59 | MOTION for Judgment as a Matter of Law at the Close of the Evidence by Answerable, Inc., Direct Information PVT. LTD..(Elefther, Elizabeth) (Entered: 06/08/2005) |
| 06/08/2005 |  | Notice of correction to docket made by Court staff. Correction: Document #27 was deleted and corrected because it was a Duplicated Event of Document #28. (Elefther, Elizabeth) (Entered: 06/08/2005) |
| 06/08/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Jury Trial held on 6/8/2005. Testimony of Turakhia, morning recess. Testimony continues, defense rest, closings and charge. Deliberations begin at 1:20 p.m., JURY VERDICT at 3:50 p.m. for the defendant. (Nicewicz, Craig) (Entered: 06/08/2005) |
| 06/08/2005 | 60 | Opposition re 58 MOTION for Directed Verdict filed by Dodora Unified Communications, Inc.. (Elefther, Elizabeth) (Entered: 06/08/2005) |
| 06/08/2005 | 61 | Exhibit/Witness List by Answerable, Inc., Dodora Unified Communications, Inc., Direct Information PVT. LTD... (Elefther, Elizabeth) (Entered: 06/08/2005) |
| 06/08/2005 | 62 | Witnesses/Jury Panel List by Answerable, Inc., Dodora Unified Communications, Inc., Direct Information PVT. LTD.. (Elefther, Elizabeth) (Entered: 06/08/2005) |

| | | |
|---|---|---|
| 06/08/2005 | 63 | JURY VERDICT in favor of Defendant: Direct Information PVT, Ltd.. (Elefther, Elizabeth) (Entered: 06/08/2005) |
| 06/08/2005 | | Civil Case Terminated. (Elefther, Elizabeth) (Entered: 06/09/2005) |
| 06/13/2005 | 64 | Document disclosure by Direct Information PVT. LTD..(Hecker, Dustin) (Entered: 06/13/2005) |
| 06/13/2005 | 65 | Response by Direct Information PVT. LTD. to 64 Document disclosure *(Notice of Intent to Request Sanctions Pursuant to Rule 11)*. (Baker, David) (Entered: 06/13/2005) |
| 07/08/2005 | 66 | NOTICE OF APPEAL as to 49 Order on Motion in Limine, by Dodora Unified Communications, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/28/2005. (Baker, David) (Entered: 07/08/2005) |