UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br><br>                                        Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., et al<br><br>                                        Defendants | Civil Action<br>No. 05-10016-NMG |

DESIGNATION OF RECORD

    The plaintiff/appellant designates the following items as constituting the record on appeal:

| Date | Docket Number | Description |
|---|---|---|
| 5/20/05 | 39 | Motion in Limine Concerning Certain Contract Issues |
| 6/1/05 | 45 | Opposition to #39 |
| 6/2/05 | 49 | Order granting #39 |
| 6/3/05 | 53 | Motion for reconsideration |
| 6/5/05 | 54 | Opposition to #53 |
| | | Transcript of First Day of Trial |

    Respectfully submitted,
    Dodora Unified Communications
    By its attorney,

    /s/    *David G. Baker*
    David G. Baker, Esq.
    105 Union Wharf
    Boston, MA  02109
    BBO # 634889
    617-367-4260

Certificate of Service

The undersigned hereby states upon information and belief that the within Designation was served upon counsel for Direct Information by the Court's CM/ECF system at the time it was filed.

    /s/    *David G. Baker*
    David G. Baker, Esq.