UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD., LOGICBOXES, WEBHOSTING.INFO, TRANSECUTE (I) PVT LTD., RESELLERSRS, INC., AND ANSWERABLE, INC., COLLECTIVELY d/b/a "DIRECTI.COM"<br><br>Defendants. | Civil Action<br>No. 05-10016-NMG |

STATEMENT OF ISSUES ON APPEAL

The plaintiff/appellant states that the issue on appeal is whether the Court correctly allowed the motion in limine of the defendant respecting certain contract issues.

                                          Respectfully submitted,
                                          Dodora Unified Communications
                                          By its attorney,

                                          /s/     *David G. Baker*
                                          David G. Baker, Esq.
                                          105 Union Wharf
                                          Boston, MA  02109
                                          BBO # 634889
                                          617-367-4260

                                    Certificate of Service

The undersigned hereby states upon information and belief that the within Statement was served upon counsel for Direct Information by the Court's CM/ECF system at the time it was filed.

                                            /s/     *David G. Baker*
                                            David G. Baker, Esq.