UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

———————————————————————

DODORA UNIFIED COMMUNICATIONS,    )
INC.,    )
        Plaintiff,    )
            )    Civil Action No.
        v.    )    05-10016-NMG
            )
DIRECT INFORMATION PVT. LTD.    )
        Defendant.    )
———————————————————————

**REQUEST TO TAX COSTS IN FAVOR OF DIRECTI, TO CONSIDER REQUEST
UNDER MASS. G.L. c. 231, §6F, FOR FEES AND COSTS, AND
FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF DIRECTI**

      The defendant, Direct Information Pvt. Ltd. ("Directi"), prevailed after a three day jury

trial on all counts of the complaint against it. Since then, the docket has indicated that the case

has been "closed." However, no final judgment has ever entered, despite a purported notice of

appeal being filed by the plaintiff, Dodora Unified Communications, Inc. ("Dodora"). Directi

also did not have the opportunity to present its bill of costs as the prevailing party under Rule

54(d)(1), which costs should be awarded in favor of Directi. Directi also submitted a request that

the Court consider granting it, in addition, attorneys' fees under Mass. G.L. c. 231, §6F.

      The Court has not acted on Directi's requests, Directi assumes, because the case was

terminated. However, the First Circuit has now dismissed Dodora's appeal as premature and

apparently expects that this Court will enter formally a final judgment. In that regard, Directi

therefore requests that the Court tax costs in favor of Directi, based on the attached affidavit of

costs, and award fees to Directi under G.L. c. 231, §6F, and then enter final judgment in favor of

Directi.  With regard to the request under G.L. c. 231, §6F, Directi will provide an affidavit of fees if the Court is inclined to consider that request.

WHEREFORE, Directi respectfully requests that the Court award it its costs under F.R.C.P. 54(d)(1), in accordance with the affidavit attached; under Mass. G. L. c. 231, §6F, award it its attorneys fees and costs after a separate finding, authorizing same; and enter a final judgment in favor of Directi.

Respectfully submitted,

DIRECT INFORMATION PVT. LTD.,
By its attorneys,


s/Dustin F. Hecker
_____
Dustin F. Hecker, Esq., BBO# 549171
Nancy J. Puleo, Esq., BBO 648457
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA  02199
(617-973-6100)


Dated: October 12, 2005


**CERTIFICATE OF SERVICE**

I, Dustin F. Hecker, hereby certify that on this 12th day of October, 2005, I caused a copy of the foregoing to be served pursuant to the Court's cm/ecf system and by regular mail, to: David Baker, Esq., 105 Union Wharf, Boston, Massachusetts 02109.

s/Dustin F. Hecker
_____
Dustin F. Hecker

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                )
DODORA UNIFIED COMMUNICATIONS, )
INC.,                                )
           Plaintiff,                  )
                                )        Civil Action No.
          v.                   )        05-10016-NMG
                                )
DIRECT INFORMATION PVT. LTD. and  )
ANSWERABLE, INC.,            )
           Defendants.          )
_____)

## AFFIDAVIT OF DUSTIN F. HECKER

Dustin F. Hecker, being duly sworn, deposes and says as follows:

1.    I am an attorney at law admitted to practice before this Court.  I represent the defendant, Direct Information Pvt. Ltd. ("Directi").  I make the following statements of my own knowledge, except as to those matters set forth in this Affidavit as being based on my belief or understanding.  With respect to the latter, I believe them to be true.

2.    Directi took three depositions in this case, a two-day deposition of the plaintiff, a short deposition of Michael Bernstein (the receiver), and a shorter deposition of a corporate designee from Bravenet.com.  The plaintiff's testimony was presented live at trial, but the deposition was needed for trial preparation and cross-examination purposes.  The testimony of Mr. Bernstein and Bravenet was presented wholly through those depositions.

3.    I have attached invoices for those deposition transcripts (one of which is in Canadian dollars) as Exhibit A.  The total fees paid for those transcripts was $1,848.80.

4.     We also incurred $409.30 in photocopying costs, which Directi paid.  I have attached portions of our legal bills documenting those expenses.

5.     Directi also paid for $242.00 in process server or sheriff's fees for the above depositions and to serve certain subpoenas duce tecum on third-parties for documents.

6.     In total, the costs Directi seeks under F.R.C.P. 54(d)(1) are $2,500.10.


Sworn to under the pains and penalties of perjury this 12th day of October, 2005.

s/Dustin F. Hecker
_____
Dustin F. Hecker

# Posternak Blankstein & Lund LLP
## Prudential Tower
## 800 Boylston Street
## Boston, MA  02199-8004
## (617) 973-6100

|  |  |  |
|---|---|---|
| | February 4, 2005 | |
| Bill | #: | 170911 |
| Client | #: | 14386 |
| Matter | #: | 2 |

In Account
With        Direct Information Pvt. Ltd.
            330, Link-Way Estate, Linking Road, Malad ( W )
            Bombay,
            Maharashtra 400
             064

In the
Matter of     Dodora ( Pltf ), Logicboxes, etc. ( Pltfs )

Direct Information Pvt. Ltd.
Dodora ( Pltf ), Logicboxes, etc. ( Pltf
February 4, 2005

| | | |
|---|---|---|
| Bill | #: | 170911 |
| Client | #: | 14386 |
| Matter | #: | 2 |
| Page | #: | 3 |

| | | |
|---|---|---|
| Photocopies | $ | 44.20 |
| Messenger/Courier Delivery Service | | 9.00 |
| Postage Meter | | 0.37 |
| Total Costs Advanced | $ | 53.57 |

# Posternak Blankstein & Lund LLP
## Prudential Tower
## 800 Boylston Street
## Boston, MA  02199-8004
## (617) 973-6100

|  |  |  | March 9, 2005 |
|---|---|---|---|
| Bill | #: |  | 171474 |
| Client | #: |  | 14386 |
| Matter | #: |  | 2 |

In Account
With      Direct Information Pvt. Ltd.
         330, Link-Way Estate, Linking Road, Malad ( W )
         Bombay,
         Maharashtra 400
          064

In the
Matter of      Dodora ( Pltf ), Logicboxes, etc. ( Pltfs )

Direct Information Pvt. Ltd.
Dodora ( Pltf ), Logicboxes, etc. ( Pltf
March 9, 2005

| | | |
|---|---|---|
| Bill | #: | 171474 |
| Client | #: | 14386 |
| Matter | #: | 2 |
| Page | #: | 3 |

Costs Advanced:

| | | |
|---|---|---|
| Photocopies | $ | 10.00 |
| Messenger/Courier Delivery Service | | 40.00 |
| Lexis | | 170.75 |

Taxpayer Identification Number 04-2696663

Disbursements may have been incurred which are not reflected in this invoice.  An additional invoice
covering any such disbursements will be sent to you.

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT

Direct Information Pvt. Ltd.                          Bill      #:          171474
Dodora ( Pltf ), Logicboxes, etc. ( Pltf              Client    #:           14386
March 9, 2005                                          Matter    #:               2
                                                       Page      #:               4


Fax charges                                                                  3.00
Stenographic Services                                                      134.64
Postage Meter                                                                5.89
Taxi                                                                        12.00


            Total Costs Advanced              $          376.28

Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
(617) 973-6100

|  |  |  |
|---|---|---|
| | April 8, 2005 | |
| Bill | #: | 172063 |
| Client | #: | 14386 |
| Matter | #: | 2 |

In Account
With          Direct Information Pvt. Ltd.
              330, Link-Way Estate, Linking Road, Malad ( W )
              Bombay,
              Maharashtra 400
               064

In the
Matter of     Dodora ( Pltf ), Logicboxes, etc. ( Pltfs )

Direct Information Pvt. Ltd.
Dodora ( Pltf ), Logicboxes, etc. ( Pltf
April 8, 2005

| | | |
|---|---|---|
| Bill #: | | 172063 |
| Client #: | | 14386 |
| Matter #: | | 2 |
| Page #: | | 3 |

Costs Advanced:

| | | |
|---|---|---|
| Photocopies | $ | 95.50 |
| Messenger/Courier Delivery Service | | 18.00 |

Taxpayer Identification Number 04-2696663

Disbursements may have been incurred which are not reflected in this invoice.  An additional invoice
covering any such disbursements will be sent to you.

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT

Direct Information Pvt. Ltd.
Dodora ( Pltf ), Logicboxes, etc. ( Pltf
April 8, 2005

Bill      #:        172063
Client    #:        14386
Matter    #:        2
Page      #:        4

| | |
|---|---|
| Overnight Mail Delivery | 51.88 |
| Long Distance Phone Expenses | 1.30 |
| Postage Meter | 6.49 |
| Westlaw | 64.56 |

Total Costs Advanced          $        237.73

# Posternak Blankstein & Lund LLP
## Prudential Tower
## 800 Boylston Street
## Boston, MA  02199-8004
## (617) 973-6100

May 6, 2005

| | | |
|---|---|---|
| Bill | #: | 172717 |
| Client | #: | 14386 |
| Matter | #: | 2 |

In Account
With      Direct Information Pvt. Ltd.
          330, Link-Way Estate, Linking Road, Malad ( W )
          Bombay,
          Maharashtra 400
           064

In the
Matter of    Dodora ( Pltf ), Logicboxes, etc. ( Pltfs )

Direct Information Pvt. Ltd.
Dodora ( Pltf ), Logicboxes, etc. ( Pltf
May 6, 2005

| | | |
|---|---|---|
| Bill | #: | 172717 |
| Client | #: | 14386 |
| Matter | #: | 2 |
| Page | #: | 4 |

Costs Advanced:

| | | |
|---|---|---|
| Photocopies | $ | 128.60 |
| Sheriff's Fee | | 77.00 |
| Fax charges | | 54.00 |
| Long Distance Phone Expenses | | 1.70 |
| Postage Meter | | 5.95 |
| On-line charges/ Sec of State/Courts | | 10.88 |
| | | |
| Total Costs Advanced | $ | 278.13 |

Bill Tota'

Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
(617) 973-6100

June 24, 2005

Bill      #:        173845
Client    #:        14386
Matter    #:            2

In Account
With        Direct Information Pvt. Ltd.
            330, Link-Way Estate, Linking Road, Malad ( W )
            Bombay,
            Maharashtra 400
             064


In the
Matter of   Dodora ( Pltf ), Logicboxes, etc. ( Pltfs )

Direct Information Pvt. Ltd.
Dodora ( Pltf ), Logicboxes, etc. ( Pltf
June 24, 2005

| | | |
|---|---|---|
| Bill | #: | 173845 |
| Client | #: | 14386 |
| Matter | #: | 2 |
| Page | #: | 7 |

outline of R. G and

Costs Advanced:

| | | |
|---|---|---|
| Photocopies | $ | 128.80 |
| Messenger/Courier Delivery Service | | 95.00 |
| Process Service Fees | | 165.00 |
| Deposition | | 1,593.05 |
| Lexis | | 497.00 |
| Overnight Mail Delivery | | 51.08 |
| Fax charges | | 86.00 |
| Stenographic Services | | 327.03 |
| Long Distance Phone Expenses | | 7.63 |
| Postage Meter | | 0.37 |
| Westlaw | | 1,836.65 |
| Long Distance Phone Expense | | 100.00 |

Taxpayer Identification Number 04-2696663

Disbursements may have been incurred which are not reflected in this invoice. An additional invoice
covering any such disbursements will be sent to you.

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT

Direct Information Pvt. Ltd.                              Bill        #:        173845
Dodora ( Pltf ), Logicboxes, etc. ( Pltf                 Client      #:        14386
June 24, 2005                                            Matter      #:             2
                                                        Page        #:             8

Parking                                                                        33.00
Taxi                                                                           70.00

                        Total Costs Advanced            $        4,990.61

Taxpayer Identification Number 04-2696663

Disbursements may have been incurred which are not reflected in this invoice. An additional invoice covering
any such disbursements will be sent to you.

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT

**D R A F T        D R A F T        D R A F T        D R A F T**

Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
(617) 973-6100

August 9, 2005

Bill    #:                0
Client  #:            14386
Matter  #:                2

In Account
With        Direct Information Pvt. Ltd.
            330, Link-Way Estate, Linking Road, Malad ( W )
            Bombay,
            Maharashtra 400
             064

In the
Matter of   Dodora ( Pltf ), Logicboxes, etc. ( Pltfs )

Costs Advanced:

Photocopies                              $        2.20
Deposition                                      255.75
Lexis                                            26.00
Postage Meter                                     1.48
Westlaw                                         527.59

**D R A F T        D R A F T        D R A F T        D R A F T**

**Jones Reporting Company, Inc.**                                      **Invoice**

Please visit our website at www.jonesreporters.com

Two Oliver Street, Suite 804

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 21, 2005 | 2675FR |

Boston, MA  02109

Phone: (617) 451-8900          Fax: (617) 451-3535

Dustin F. Hecker
Posternak Blankstein & Lund
800 Boylston Street
Boston, MA 02199

| Phone: | (617) 973-6167 | Fax: |

| **Witness:** | Ronald Garraud, pp 1-204 |
|---|---|
| **Case:** | Dodora Unified Comm vs. Direct Information |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 4/12/2005 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 4:10 PM |
| **Reporter:** | *Daria Romano |
| **Claim #:** | |
| **File #:** | *2897FR* |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| O | Original Transcript | $3.40 | 204 | $693.60 |
| CTCA | Condensed Transcript & ASCII | $0.00 | 1 | $0.00 |
| DE | Delivery | $7.00 | 1 | $7.00 |
| | | **Sub Total** | | **$700.60** |
| | | **Payments** | | **$0.00** |
| | | **Balance Due** | | **$700.60** |

**Fed. I.D. # 86-1100261**

*Please return an invoice copy with your payment.*

# Jones Reporting Company, Inc.                                     Invoice

**Please visit our website at www.jonesreporters.com**

Two Oliver Street, Suite 804

Boston, MA  02109
Phone: (617) 451-8900        Fax: (617) 451-3535

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 21, 2005 | 2676FR |

Dustin F. Hecker
Posternak Blankstein & Lund
800 Boylston Street
Boston, MA 02199

Phone:    (617) 973-6167      Fax:

| | |
|---|---|
| **Witness:** | Ronald Garraud, Vol 2, pp 205-329 |
| **Case:** | Dodora Unified Comm vs. Direct Information |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 4/14/2005 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 12:25 PM |
| **Reporter:** | *Caroline Renault |
| **Claim #:** | |
| **File #:** | *2946FR* |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| O | Original Transcript | $3.40 | 125 | $425.00 |
| CTCA | Condensed Transcript & ASCII | $0.00 | 1 | $0.00 |
| | | **Sub Total** | | **$425.00** |
| | | **Payments** | | **$0.00** |
| | | **Balance Due** | | **$425.00** |

**Fed. I.D. # 86-1100261**

***Please return an invoice copy with your payment.***



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/31/2005 | 251853 |

CHAREST 1650-895 W. Georgia St.
Vancouver, B.C. V6C 3E8
REPORTING INC. Phone: 604-669-6449
Fax: 604-669-5035

| BILL TO |
|---------|

Posternak Blankstein & Lund
Prudential Tower, 800 Boylston Street
Boston MA  02199-8004
Attn:  Mr. D. Hecker

| TERMS | DUE DATE | SHIP VIA |
|-------|----------|----------|
| C.O.D. | 5/31/2005 | Courier |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Attendance | Fee for May 31, 2005<br>Minimum 1/2 day attendance | 3 | 45.00 | 135.00T |
| Transcript | Date of Discovery:  May 31, 2005<br>Style of Cause:  Dodora Unified Communications v.<br>Direct Information PVT<br>Examination of:  Jerrett Taylor by Mr. Hecker<br> Original and Copy | 22 | 5.85 | 128.70T |
| Delivery | Overnight UPS to U.S. | 1 | 35.00 | 35.00T |
| | Total GST | | | 20.91 |

| Total | |
|-------|--|
| | $319.61 |

PLEASE MAKE CHEQUES PAYABLE TO:
  CHAREST REPORTING INC.

BN 88241 5383

→ $255.75
(USD)

# Collins Realtime Reporting

**600 North Pearl Street**
**Suite 640**
**Dallas, TX 75201**

**Phone:** (214) 220-2449    **Fax:** (214) 220-2777



Job #: 050526DLC
Job Date: 05/26/2005
Order Date: 05/26/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Direct Information

**Invoice #:** 46388
**Inv. Date:** 06/06/2005
**Balance:** $0.00

| Bill To: | Action: Dodora |
|---|---|
| Mr. Dustin F. Hecker | vs |
| Posternak, Blankstein & Lund, LLP | Direct I |
| 800 Boylston Street | **Action #:** |
| Prudential Tower | **Rep:** Donna L. Collins |
| Boston, MA 02199 | **Cart:** 1086 |

| | | |
|---|---|---|
| Michael Bernstein | Original Deposition | $467.45 |

| Comments: | | Sub Total | $467.45 |
|---|---|---|---|
| | | Shipping | $0.00 |
| We accept all major credit cards | | Tax | $0.00 |
| | | **Total Invoice** | $467.45 |
| | | Payment | $467.45 |
| *Federal Tax I.D.:* 75-1907111 | **Terms:** Due Upon Receipt | **Balance Due** | $0.00 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

| Bill To: | Deliver To: |
|---|---|
| Mr. Dustin F. Hecker | Mr. Dustin F. Hecker |
| Posternak, Blankstein & Lund, LLP | Posternak, Blankstein & Lund, LLP |
| 800 Boylston Street | 800 Boylston Street |
| Prudential Tower | Prudential Tower |
| Boston, MA 02199 | Boston, MA 02199 |

**Invoice**

**Phone:** (214) 220-2449
**Fax:** (214) 220-2777

**Collins Realtime Reporting**
**600 North Pearl Street**
**Suite 640**
**Dallas, TX 75201**

**Invoice #:** 46388
**Inv. Date:** 06/06/2005
**Balance:** $0.00
**Job #:** 050526DLC
**Job Date:** 05/26/2005
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:** Direct Information