UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DODORA UNIFIED COMMUNICATIONS, INC.<br>                              Plaintiff,<br><br>v.<br><br>DIRECT INFORMATION PVT. LTD, et al<br>                              Defendants. | Civil Action<br>No. 05-10016-NMG |

PLAINTIFF'S LIMITED OBJECTION TO REQUEST FOR COSTS, ETC

NOW COMES Dodora Unified Communications, Inc., (hereinafter "Dodora") and objects as limited herein to the request of Direct Information Pvt. Ltd. for taxation of costs and its request for attorney fees pursuant to Mass.Gen.Laws Ch. 231 §6f. In support of this objection, Dodora states that while the defendant may be entitled to costs, its request for attorney fees is meritless for the reasons stated in Dodora's objection to the request and in Dodora's cross motion for sanctions pursuant to FRBP 9011 and/or 28 USC §1927. Accordingly, to the extent that the defendant would be allowed costs, Dodora respectfully suggests that the defendant be denied costs as a sanction, together with such other sanction as the Court deems appropriate.

WHEREFOR Dodora requests that the defendant be denied costs and that Dodora be granted such other relief as to the Court seems meet and just.

October 12, 2005

          Respectfully submitted,
          DODORA UNIFIED COMMUNCATIONS, INC.
          By its attorney;

          /s/   *David G. Baker*
          David G. Baker, Esq.
          105 Union Wharf
          Boston, MA  02109
          BBO # 634889
          617-367-4260

Certificate of Service

The undersigned hereby states upon information and belief that the within Limited Objection was served upon counsel for Direct Information by the Court's CM/ECF system.

/s/   David G. Baker
David G. Baker, Esq.