# United States Court of Appeals
## For the First Circuit

No. 05-2082

# MANDATE

DODORA UNIFIED COMMUNICATIONS, INC.,

Plaintiff, Appellant,

v.

DIRECT INFORMATION PVT. LTD., ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Lipez and Howard, Circuit Judges.

**JUDGMENT**
Entered: September 28, 2005

As no judgment on a separate document in compliance with Fed. R. Civ. P. 58 had entered before the notice of appeal was filed, and as appellee has not consented to waiver of the separate document rule, this appeal is dismissed for lack of jurisdiction. Appellant's attention is directed to Fed. R. Civ. P. 58(d) ("party may request that judgment be set forth on a separate document").

Dismissed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kietas*
Deputy Clerk
Date: 10/19/05

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
MARGARET CARTER
Chief Deputy Clerk.

[cc: David G. Baker, Esq., Dustin F. Hecker, Esq.]