UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dodora Unified Communications, Inc.,
        Plaintiff(s)

v.                                          CIVIL ACTION NO. 05-10016-NMG

Direct Information PVT. LTD.,
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Gorton , D.J.

[X] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment for Defendant

SARAH A. THORNTON,
CLERK OF COURT

Dated: 11/9/05              By /s/ Craig J. Nicewicz
                                                                  Deputy Clerk